NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KATRINA WADE,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D19-3971
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed September 2, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Charlotte County; George C. Richards,
Judge.

PER CURIAM.

            Affirmed.

MORRIS, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.